AIR EXPRESS INTERNATIONAL, INC. *v.* UNITED STATES

**No. 7115.**—Commercial invoice dated London, England, June 4, 1946.
Entered at New Orleans, La., July 17, 1946.
Entry No. 64.

(Decided April 1, 1947)

*John D. Rode* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

JOSEPH HORNE CO. v. UNITED STATES

**No. 7116.**—Invoice dated Barnstaple, England, June 25, 1946.
Certified June 1946.
Entered at Pittsburgh, Pa., July 15, 1946.
Entry No. 40.

(Decided April 1, 1947)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.